**Order filed February 10, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00588-CR
_____

**JENNIFER CHRISTINE WAITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from County Criminal Court at Law No. 13
Harris County, Texas
Trial Court Cause No. 1848166**

---

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit No. 4, a DVD.**

The clerk of County Criminal Court at Law No. 13 is directed to deliver to the Clerk of this court the original of State's Exhibit No. 4, a DVD, on or before **February 20, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit No. 4, a DVD, to the clerk of County Criminal Court at Law No. 13.

PER CURIAM